April 2, 2009

To Whom It May Concern:

It is hereby RESOLVED that Reliant Electrical, Inc. shall file a chapter 7 bankruptcy case.

*[signature]* V.P.
Monte Jones, Vice-President.