| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| JOHN H. KIM (Bar ID 219975); jkim@cookseylaw.com<br>SHERYL K. ITH (Bar ID 225071); sith@cookseylaw.com<br>COOKSEY, TOOLEN, GAGE, DUFFY & WOOG<br>535 Anton Blvd, 10th Floor<br>Costa Mesa, CA 92626<br>(714) 431-1100<br>Fax No: (714) 431-1145<br><br>☒ Attorney for: Movant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In Re<br>RELIANT ELECTRIC, INC.; and JERRY NAMBA, Trustee<br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 9:09-BK-11192 RR<br><br>DATE:   AUGUST 20, 2009<br>TIME:   10:00 AM<br>CTRM:  201<br>FLOOR: 2 |
|---|---|

# AMENDED NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## (MOVANT: FORD MOTOR CREDIT COMPANY, LLC)
### (Personal Property)

1. NOTICE IS HEREBY GIVEN to the Debtor(s) and Trustee (if any) ("Responding Parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate on the grounds set forth in the attached Motion.

2. Hearing Location:  ☐ 255 East Temple Street, Los Angeles     ☐ 411 West Fourth Street, Santa Ana
                     ☐ 21041 Burbank Boulevard, Woodland Hills   ☒ 1415 State Street, Santa Barbara
                     ☐ 3420 Twelfth Street, Riverside

3. a. ☒ The Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose the Motion, you must file a written response to the Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of the Motion.

   b. ☐ This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:

      ☐ at the hearing     ☐ at least _____ court days before the hearing.

   (1) ☐ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).

   (2) ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court.

   (3) ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response (Optional Court Form F 4001-1M.RES), or you may prepare your response using the format required by Local Bankruptcy Rule 9004-1 and the Court Manual.

(Continued on next page)

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 4001-1O.PP

| In re | (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|---|
| **RELIANT ELECTRIC, INC.** | | Debtor(s). | CASE NO.: **9:09-BK-11192 RR** |

5.  If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: JULY 2⁰, 2009

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
*Print Law Firm Name (if applicable)*

JOHN H. KIM
*Print name of Individual Movant or Attorney for Movant*

*Signature of Individual Movant or Attorney for Movant*

(Continued on next page)

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 4001-1O.PP

| In re: | CHAPTER 7 |
|---|---|
| RELIANT ELECTRIC, INC, | |
| Debtor(s). | CASE NUMBER: **9:09-BK-11192 RR** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**535 ANTON BLVD., 10TH FLOOR, COSTA MESA, CA 92626**

The foregoing document described as <u>AMENDED NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On JULY **21**, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, ~~and/or with an overnight mail service~~ addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

DEBTOR(S):
Reliant Electric, Inc.
PO Box 1390
Templeton, CA 93465

ATTORNEY FOR DEBTOR(S):
Vahid Naziri
6320 Canoga Ave Ste 790
Woodland Hills, CA 91367

TRUSTEE:
JERRY NAMBA
625 E. Chapel Street
Santa Maria, CA 93454

U.S. TRUSTEE:
United States Trustee (ND)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| JULY **21**, 2009 | TARA J. MARTIN | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| In re:<br>RELIANT ELECTRIC, INC, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER: **9:09-BK-11192 RR** |

**ADDITIONAL SERVICE INFORMATION (IF NEEDED)**

U.S. BANKRUPTCY JUDGE: SERVED BY U.S. MAIL
HONORABLE ROBIN RIBLET
U.S. BANKRUPTCY COURT
1415 STATE STREET, SUITE 103
SANTA BARBARA, CA 93101-2511

AGENT FOR SERVICE OF PROCESS
JUAN E. LOPEZ
7730 MORRO ROAD, SUITE 205
ATASCADERO, CA 93422

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**